IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID HENRY a/k/a JOSHUA D. DOESCHER,<br><br>Defendant,<br><br>and<br><br>STRUCTURAL ENTERPRISES INC.,<br><br>Garnishee. | 8:98CR00073-JFB<br><br>**ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT** |

This matter comes before this Court on the Application for Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Structural Enterprises Inc., the garnishee, and for good cause shown.

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Structural Enterprises Inc., whose address is 3301 So. 6th Street, # B, Lincoln, NE  68502.

Dated this 11th day of March 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge