IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHUA DAVID HENRY a/k/a JOSHUA D. DOESCHER,<br><br>        Defendant,<br><br>  and<br><br>STRUCTURAL ENTERPRISES INC.,<br><br>        Garnishee. | 8:98CR73<br><br>ORDER TO RELEASE GARNISHMENT |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against Structural Enterprises Inc., 3301 So. 6th Street, # B, Lincoln, NE 68502.

IT IS HEREBY ORDERED that the garnishment against Structural Enterprises, Inc., is released.

DATED this 28th day of March, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge